[Civ. No. 2926. Third Appellate District.—November 27, 1925.]

THE PEOPLE, Appellant, v. L. D. MACY et al.,
Respondents.

[1] NUISANCES — ABATEMENT — PRIOR NOTICE TO OWNERS. — Judgment
reversed upon authority of *People* v. *Burkett, ante,* p. 349.

APPEAL from a judgment of the Superior Court of
Butte County. H. D. Gregory, Judge. Reversed.

The questions presented in this case are the same as in *People* v. *Burkett, ante,* p. 349.

William E. Rothe, District Attorney, and Clinton W. Johnson, Deputy District Attorney, for Appellant.

Bond & Deirup for Respondents.

THE COURT.—This is an appeal from a judgment of dismissal entered upon the sustaining of demurrers to the complaint. **[1]** The questions presented by the appeal are in all respects the same as those considered by this court in the case of *People* v. *Burkett et al., ante,* p. 349 [242 Pac. 1073]. For the reasons stated in that case the judgment is reversed and the trial court is directed to overrule the demurrers.